**Allen V. JAFFE, Plaintiff—Appellant,**

v.

**Lisa Spickler GOODWIN; John R. Walk, Attorney; Hirschler, Fleischer, Weinberg, Cox and Allen, P.C.; Virginia Phototherapy, L.L.C.; Ronald Mark Landess, Dr., DPM, a/k/a Ronald Mark Landess; Catherine Hammond, Judge, Defendants—Appellees.**

No. 05–1136.

United States Court of Appeals, Fourth Circuit.

Submitted: June 30, 2005.

Decided: July 27, 2005.

Allen V. Jaffe, Appellant pro se. Robert Emery Draim, David Drake Hudgins, Hudgins Law Firm, Alexandria, Virginia, Charles Frederick Witthoefft, Hirschler, Fleischer, Richmond, Virginia, James Walter Hopper, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Allen V. Jaffe appeals the district court's order imposing sanctions in the form of attorneys' fees and costs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Jaffe v. Goodwin,* No. CA–03–799–3 (E.D.Va. Dec. 14, 2004). We deny the Hirschler Defendants' motion for Fed. R.App. P. 38 sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*